AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana



| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 23-mj-115 |
| JOHN JOSEPH KEIPER JR. | ) | |
| | ) | |
| ——————————————————————— | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3 - November 8, 2023__ in the parish of _____ St. Tammany _____ in the

_____ Eastern _____ District of _____ Louisiana _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats against government employees |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/Stephen Marchese, Jr.
_____
*Complainant's signature*

Special Agent Stephen Marchese, Jr., SSA, OIG
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____   November 21, 2023

_____
*Judge's signature*

City and state: _____ New Orleans, Louisiana _____   Honorable Michael B. North, U.S. Chief Magistrate Judge
_____
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 23-mj-115** | |
| **v.** | * | | |
| **JOHN JOSEPH KEIPER JR.** | * | | |
| | * | * | * |

<span style="color:red">**SEALED**</span>

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen A. Marchese Jr, being first duly sworn, depose and affirm the following:

1.      I make this affidavit in support of a criminal complaint and warrant of arrest for **JOHN JOSEPH KEIPER JR**.

2.      I, Special Agent (SA) Stephen A. Marchese Jr, am currently employed with the Social Security Administration (SSA) Office of the Inspector General (OIG), currently assigned to the Baton Rouge Resident Office, Baton Rouge, Louisiana.  I have been employed in Federal Law Enforcement since 2008. In connection with my official duties, I investigate criminal violations of Title 42 of the United States Code involving fraud, waste, and abuse of Social Security programs. I also investigate employee misconduct within the Social Security Administration and violations of identity theft statutes and other related and associated statutes under Title 18 of the United States Code.  I have received specialized training in the enforcement of these statutes. I have also testified in judicial proceedings and presented for prosecution violations of the above Titles.  I have received training in investigations and evidence collection, including collection and preservation of electronic evidence, at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

3.      The information in this affidavit is based upon my own knowledge, records furnished to me in my official capacity and information provided by other law enforcement officials.  This affidavit does not contain every material fact that I have learned during the course of this investigation and is intended to show only that there is sufficient probable cause for the requested warrant.

4.      Based on my training and experience and the facts as set forth in this affidavit, I believe there is probable cause to believe that violations of Title 18, United States Code, Section 115(a)(1)(B) have been committed.

## PROBABLE CAUSE

5.      **KEIPER** is a resident of Covington, Louisiana, within the Eastern District of Louisiana. **KEIPER** has a lengthy criminal history. Additionally, **KEIPER** is currently wanted, on a state warrant out of Pennsylvania, for failure to appear in court for a previous charge. **KEIPER** also has a protection order issued against him by the Louisiana State Supreme Court, issued on June 5, 2023.

6.      According to information obtained from the SSA, **KEIPER's** DIB benefits were suspended because **KEIPER** was incarcerated on May 31, 2023, and was released from the St Tammany Parish Sheriff's Office on August 18, 2023. Due to his continued incarceration, **KEIPER's** benefits were suspended resulting in an overpayment.

7.      On November 3, 2023, **JOHN JOSEPH KEIPER JR**, a Title II – Disability Insurance Benefits ("DIB") recipient, went into the Social Security Administration ("SSA") office, located at 64285 Highway 434, Lacombe, Louisiana, for an interview regarding reinstatement of his DIB benefits. **KEIPER** was assisted by SSA employee Service Representative ("SR") Laquita Thymes. **KEIPER** became irate while being assisted by SR Thymes.  SSA contracted Security

found it necessary to escort **KEIPER** out of the office. Prior to being escorted out of the office, **KEIPER** was informed he would be issued a Ban Letter and could no longer enter the office.

8.      On November 6, 2023, **KEIPER** placed a phone call to the phone number of the Lacombe, Louisiana SSA office. Due to the time of the phone call, local SSA office telephone calls were forwarded to a SSA call center located in Pennsylvania. **KEIPER,** calling from (985) 259-2803, same phone number listed as his official telephone number with SSA, left a voicemail for someone to return his call. On a recorded line, SSA Employee, Customer Service Representative (CSR) Kristin Leonard, returned **KEIPER's** call to assist him with his issue. To verify the person calling, is indeed **KEIPER** himself, CSR Leonard asked **KEIPER** to verify his personal identifiable information. **KEIPER** was able to correctly answer questions verifying his name, date of birth, place of birth, mailing address, and mother's maiden name.

9.      During the call, **KEIPER** became irate, disruptive, and began making threats against the SSA Lacombe Office employees and specifically SSA employee SR Thymes, who **KEIPER** had initially spoke with. After thirty-six minutes on the phone with **KEIPER**, CSR Leonard ended the call with **KEIPER**. CSR Leonard immediately notified her supervisor, who in turn, filed a SSA Threat Incident Report. Local SSA office in Lacombe, LA and SSA/OIG was notified of the threat and was instructed to investigate the threat.

10.     On November 8, 2023, I submitted a request with the SSA/OIG, Digital Forensics and Analysis Division, Digital Forensics Unit (DFAD-DFU), seeking the recording of the alleged threatening phone call from **KEIPER**.

11.     On November 13, 2023, SSA/OIG, DFAD-DFU, provided me with the copy of the recorded phone call of **KEIPER** and CSR Leonard. On the same date, I listened to the recording in detail and noted several audio file time stamps of **KEIPER's** threats.

12.     Specifically, I noted that: at nine minutes and two seconds (9:02) of the recorded call, **KEIPER** said, "I swear to God, I'm going to go down there and put a bullet in someone." At sixteen minutes and thirty-seven seconds (16:37) of the recorded call, **KEIPER** said, "Somebody down there [SSA Office] going to regret it. I swear to God." At sixteen minutes and forty-one seconds (16:41) of the recorded call, **KEIPER** said, "I just need that money (unknown word), that women cut my check off. I will find out where she lives."

13.     On November 13, 2023, I conducted criminal history queries and discovered **KEIPER** has an extensive criminal history to include multiple assaults, resisting an officer, intimidation of a witness/victim, violation of a protective order, false imprisonment, battery of a dating partner, resisting arrest, narcotics charges (possession of cocaine, controlled prescriptions, marijuana), criminal trespass, harassment and failure to appear.

14.     Based on the totality of the aforementioned facts and circumstances, I believe that evidence of a violation of Title 18, United States Code, Section 115(a)(1)(B) exists and there is probably cause for the issuance of an arrest warrant for **JOHN JOSEPH KEIPER JR**.

Respectfully submitted,

*s/Stephen A. Marchese, Jr.*
SA Stephen A. Marchese Jr.
Social Security Administration
Office of Inspector General

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before
me on this __21 day of November 2023,
New Orleans, Louisiana.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES CHIEF MAGISTRATE JUDGE

5